UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 20-MJ-062 |
| | : | |
| JOEY GREEN-REMACHE, | : | VIOLATION: |
| also known as "Joey Green," | : | 18 U.S.C. § 1201(a)(1) |
| | : | (Kidnapping) |
| Defendant. | : | |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about April 12, 2020, within the District of Columbia, **JOEY GREEN-REMACHE**, also known as "Joey Green," did unlawfully and willingly seize, confine, kidnap, abduct, inveigle, carry away, and hold B.P. for some purpose, and, in committing and in furtherance of the offense, willfully traveled in interstate commerce from the District of Columbia to the State of Maryland and willfully transported B.P. from the District of Columbia to the State of Maryland.

(**Kidnapping**, in violation of Title 18, United States Code, Section 1201(a)(1))

A TRUE BILL:


FOREPERSON.

Michael Th Sherwin
Attorney of the United States in
and for the District of Columbia.