## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
         )
  Plaintiff,     )
         )
  v.       )  Criminal No. 20-cr-00124 (APM)
         )
JOEY GREEN-REMACHE,  )
         )
  Defendant.    )
         )

## VERDICT FORM

### Count One

As to the charge of Kidnapping, we the jury find the defendant:

_____ Not Guilty _____ Guilty

### Count Two

As to the charge of Interstate Violation of a Protection Order, we the jury find the defendant:

_____ Not Guilty \_\_\_\_\_✓_____ Guilty

### Count Three

As to the charge of First Degree Burglary, we the jury find the defendant:

_____ Not Guilty _____ Guilty